# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. Jeffrey M. Nelson, Jr.  Docket No. 2:13-MJ-1127-2BO

### Petition for Action on Probation

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeffrey M. Nelson, Jr., who, upon an earlier plea of guilty to Baiting for the Purpose of Taking Migratory Game Birds, in violation of 16 U.S.C. § 704(b)(2), Exceeding Daily Bag Limit of Migratory Game Birds, in violation of 16 U.S.C. § 703, and Aiding and Abetting, in violation of 18 U.S.C. § 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 4, 2013, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not go on or enter any National Park Service property during the term of supervision.

2. The defendant shall not go on or enter all Department of Interior properties during the probationary term.

3. The defendant shall hunt during the term of probation.

4. The defendant shall perform 100 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

5. The defendant shall pay a $20 special assessment and a $5,000 fine.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since being placed on probation, the defendant has remained employed, tested negative for controlled substances, not incurred new criminal charges, and reported as directed.

However, due to financial difficulties, Nelson has been unable to satisfy the $5,020 court indebtedness. The defendant reported he has been attempting to obtain a financial loan to satisfy the court indebtedness. Additionally, Nelson has only completed 67 hours of the 100 hours of community service ordered by the court.

In consideration of the above, the probation officer respectfully recommends the defendant's term of probation be extended for a period of 12 months. This extension will afford the defendant the opportunity to comply with the court's judgment. Additionally, it is respectfully recommended Nelson's case be considered for early termination upon satisfaction of the terms of supervision.

Jeffrey M. Nelson
Docket No. 2:13-MJ-1127-2BO
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed extension and modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. That the term of supervision be extended 12 months from the expiration date of November 3, 2014, until November 2, 2015. Upon satisfaction of the conditions of supervision, the defendant's case may be considered for early termination.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield | /s/ C. Lee Meeks, Jr. |
| Dwayne K. Benfield | C. Lee Meeks, Jr. |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Pkwy, Unit 2 |
| | Jacksonville, NC 28546-6762 |
| | Phone: 910-347-9038 |
| | Executed On: October 24, 2014 |

## ORDER OF COURT

Considered and ordered this **24** day of **October**, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge